# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANDRES GARCIA-CARRILLO, Defendant. | CR 18-31-GF-BMM <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' unopposed motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Andres Garcia-Carrillo, Jr., pled guilty to Count II of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting 1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the offenses in the indictment; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, the offenses in the indictment, including, but not limited to, $4,652 in United States Currency under 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11); and

THAT prior to the disposition of the asset, the Federal Bureau of Investigation, United States Marshal's Service, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Garcia-Carrillo' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- United States Currency in the amount of $4,652

THAT the Federal Bureau of Investigation and the United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 17th day of July, 2018.

_Brian Morris_
Brian Morris
United States District Court Judge