# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANDRES GARCIA-CARRILLO, Defendant. | CR 18-31-GF-BMM  FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment (Doc. 50). The defendant does not oppose this motion. The Court having read the Motion and an being fully advised in the premises finds,

THAT the United States commenced this forfeiture action pursuant to 21 U.S.C. §§ 841(a)(1); 853, and 881(a)(11);

THAT a Preliminary Order of Forfeiture was entered on July 17, 2018 (Doc. 30.);

THAT all known interested parties were provided an opportunity to respond

1

and that publication has been effected as required by 18 U.S.C.§ 982(b)(1), 21 U.S.C. § 853(n)(1), and Fed. R. Crim. P. 32.2(b)(6) (*See* Doc. 39);

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

THEREFORE, for good cause showing, IT IS HEREBY ORDERED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

1) United States Currency in the amount of $4,642

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5thday of November, 2018.

_____
Brian Morris
United States District Court Judge